******************************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the advance release version of an opinion and the latest version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.

******************************************************

D'AURIA, J., with whom McDONALD, J., joins, concurring. Although I agree with much of the analysis and reasoning of the majority's opinion, I would eschew a true threats analysis in this case. Instead, I am convinced by the approach of Judge Elgo's dissenting opinion in the Appellate Court. See *State* v. *Taveras*, 183 Conn. App. 354, 382–92, 193 A.3d 561 (2018) (*Elgo, J.*, dissenting). For the same reasons contained in her cogent dissenting opinion, I would reverse the Appellate Court's judgment and remand the case to that court, as the majority does. Accordingly, I respectfully concur.